[No. 35921-9-II.  Division Two.  June 3, 2008.]

THE STATE OF WASHINGTON, *Respondent*, v. JAYCEE CEDRIC THOMPSON, *Appellant*.

Appeal from a judgment of the Superior Court for Kitsap County, No. 06-1-01172-2, Leonard W. Costello, J., entered January 9, 2007. *Reversed* and *remanded* by unpublished opinion per Armstrong, J., concurred in by Van Deren, A.C.J., and Bridgewater, J.

[No. 36135-3-II.  Division Two.  June 3, 2008.]

THE STATE OF WASHINGTON, *Respondent*, v. CRAVENN ADRIAN STURGIS, *Appellant*.

Appeal from a judgment of the Superior Court for Clark County, No. 03-1-00881-8, Barbara D. Johnson, J., entered March 21, 2007. *Affirmed* by unpublished opinion per Hunt, J., concurred in by Houghton, C.J., and Penoyar, J.

[No. 36211-2-II.  Division Two.  June 3, 2008.]

NANCY N. WAPLES ET AL., *Appellants*, v. PETER H. YI ET AL., *Respondents*.

Appeal from a judgment of the Superior Court for Pierce County, No. 06-2-11015-9, Frederick W. Fleming, J., entered March 16, 2007. *Affirmed* by unpublished opinion per Houghton, C.J., concurred in by Armstrong and Quinn-Brintnall, JJ. Now published at 146 Wn. App. 54.

[No. 36462-0-II.  Division Two.  June 3, 2008.]

THE STATE OF WASHINGTON, *Respondent*, v. DERECK C. BELZ, *Appellant*.

Appeal from a judgment of the Superior Court for Thurston County, No. 07-8-00091-6, Wm. Thomas McPhee, J., entered June 20, 2007. *Affirmed* by unpublished opinion per Hunt, J., concurred in by Houghton, C.J., and Quinn-Brintnall, J.